IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JASON MICHAEL D.,

        Plaintiff,

v.                                                    Case No. 2:23-cv-02241-EFM

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

**ORDER**

Defendant, the Acting Commissioner of Social Security, by and through her counsel, has filed an unopposed motion with this Court (ECF No. 12), pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

DATED this 2nd day of November, 2023.

                                      Eric F. Melgren
                                      United States District Chief Judge
                                      District of Kansas